# EXHIBIT 27



# FARMINGTON CITY

Scott C. Harbertson
*MAYOR*

John Bilton
Cory R. Ritz
Cindy Roybal
Jim Talbot
James Young
*CITY COUNCIL*

Dave Millheim
*CITY MANAGER*

February 5, 2013

Ms. Sarah Mojazza
PO Box 834
Farmington, Utah 84025

Re: *Allegation of Sexual Harassment*

Dear Ms. Mojazza;

    The letter is to notify you that the City has conducted and concluded an investigation of your allegations of sexual harassment against a Farmington City employee. Based upon our investigation, it has been determined that incidents which violate the Farmington City sexual harassment policy did occur. Disciplinary action relating to those violations has been taken, or will be taken in the immediate future. It has further been determined that your actions, on some occasions, were also in violation of the Farmington City sexual harassment policy. Your actions which were in violation of the City policy included the repeated use of sexual language and innuendo while at the work place.

    I thank you for bringing these matters to the attention of the City's Administration.

Sincerely,

Dave Millheim

City Manager

Cc: Todd Godfrey
     Personnel File



FC0094