CAMILLE N. JOHNSON (5494)
JUDITH D. WOLFERTS (7023)
MARALYN M. ENGLISH (8468)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Facsimile: (801) 363-4000
cnj@scmlaw.com
jdw@scmlaw.com
mme@scmlaw.com

*Attorneys for Defendant Farmington City*

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SARAH MOJAZZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARMINGTON CITY, a Utah municipal corporation,<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 1:14-cv-17<br><br>Judge David O. Nuffer |

Maralyn M. English and the law firm of Snow, Christensen & Martineau enter an appearance as counsel of record for defendant Farmington City.

DATED this 26th day of May, 2016.

                                            SNOW, CHRISTENSEN & MARTINEAU

                                            */s/ Maralyn M. English*
                                            Camille N. Johnson
                                            Judith D. Wolferts
                                            Maralyn M. English
                                            *Attorneys for Defendant Farmington City*

CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of May, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service



                                          */s/ Maralyn M. English*

3717754